UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO    2006 MAR 30 A 9: 41
EASTERN DIVISION

IN RE: WELDING ROD PRODUCTS         CASE NO. 1:05-CV-18161-KMO
LIABILITY LITIGATION                MDL DOCKET NO. 1535

THIS DOCUMENT RELATES TO:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SANCHEZ CROSBY, ET AL.                PLAINTIFFS

VERSUS          CIVIL ACTION NO. 3:05CV235-HTW-JCS

LINCOLN ELECTRIC COMPANY, ET AL.        DEFENDANTS

ORDER DISMISSING CLAIMS, WITHOUT PREJUDICE

CAME ON FOR HEARING, on this date, the Motion *ore tenus* of the Plaintiffs for an

Order Dismissing the Claims of those individuals attached hereto on Exhibit "A", without

prejudice. After further considering such Motion, the Court is of the opinion that such Motion is

well taken, and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the claims of those individuals

attached hereto as Exhibit "A" shall be dismissed from this case, without prejudice, each party to

bear its own costs.

SO ORDERED this the _30th_ day of _March_ , 2006.

_Kathleen M. O'Malley_
UNITED STATES DISTRICT COURT JUDGE